**Order entered May 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00687-CR

**CHRISTOPHER MICHAEL DUCHARME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80054-2018**

## ORDER

Appellant, who was convicted of two counts of sexual assault of a child and one count of indecency with a child by sexual contact, filed his brief on May 12, 2019. In the appendix to the brief, he uses the name of the victim; in the body of the brief, he uses the names of witnesses who were children at the time of the offense. *See* TEX. PENAL CODE ANN. § 22.011(c)(1) (child means a person younger than 17 years of age).

Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and any witness who was younger than 17 years of age at the time of the offense either generically ("victim" or "complaining witness") or by initials only. *See id.*

We **DIRECT** the Clerk to send copies of this order to Lara Bracamonte Davila and the Collin County District Attorney's Office.


/s/  LANA MYERS
    JUSTICE